**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA

VS.                                      4:15-CR-00225-01-BRW

ESTEBAN MARTINEZ

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 62) is DENIED.

First, Defendant's sentence was based on the statutory, mandatory minimum of 180 months, not the Guidelines, so Amendment 821 does not apply.

Second, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

Finally, to the extent that Defendant is seeking compassionate release, he has not presented extraordinary and compelling reasons for relief. Also, relief is not warranted after considering the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense.

IT IS SO ORDERED this 15th day of July, 2024.

 Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 44.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).